NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**THOMAS A. BIANCO, JR.,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

_____

2024-1288

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-4633, Judge Michael P. Allen.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                         BIANCO v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                              FOR THE COURT



March 28, 2024                              Jarrett B. Perlow
      Date                                   Clerk of Court


**ISSUED AS A MANDATE:** March 28, 2024